**Form CLOSBKN** (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Robert Larry Woonacott**<br>14508 Dogwood Ct<br>Grand Haven, MI 49417<br>SSN: xxx–xx–8901<br><br><div align="right">**Debtor(s)**</div> | **Case Number 09–09496–jrh**<br><br>**Chapter 7**<br><br>**Honorable Jeffrey R. Hughes** |

## NOTICE OF CHAPTER 7 CASE CLOSED
## WITHOUT DISCHARGE

    All creditors and parties in interest are notified that the above–captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file a Certification of Completion of Instructional Course Concerning Personal Financial Management in compliance with 11 U.S.C. § 727(a)(11) & § 1328(g) and BR 1007(b)(7). If the debtor(s) wish to reopen the case to allow the filing of Financial Management Course Certificate, an appropriate motion must be filed with the Court pursuant to 11 U.S.C. 350(b).

☐ Debtor has not certified that all domestic support obligations due have been paid.

☐ An Order of Dismissal or an Order Denying/Revoking Discharge was issued by this Court.

☐ Reopening fee has not been paid.

☐ Other.



*Daniel M. LaVille*
Daniel M. LaVille
Clerk of Court

**Dated:** May 13, 2010

[1] *Aliases for Debtor Robert Larry Woonacott : aka Robert A Woonacott*

# CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: howep           Page 1 of 2            Date Rcvd: May 13, 2010
Case: 09-09496                Form ID: closbkn       Total Noticed: 43
```

The following entities were noticed by first class mail on May 15, 2010.
```
db             Robert Larry Woonacott,  14508 Dogwood Ct,  Grand Haven, MI  49417
5538064       +16th Circuit Court - Kane Co.,  100 South Third Street,  Geneva IL 60134-2767
5538065       +20th Circuit Court,  414 Washington,  Grand Haven MI 49417-1576
5538066       +20th Judicial Circuit Court,  414 Washington St.,  Suite 303,  Grand Haven MI 49417-1576
5538071        AT&T,  P.O. Box 8212,  Aurora IL 60572-8212
5538068       +Allied Collection Group,  PO Box 2878,  Holland MI 49422-2878
5538073        BMG Music Service,  P.O. Box 91501,  Indianapolis IN 46291-0009
5538072       +Big Domain Host LLC,  4390 Ransom St.,  Hudsonville MI 49426-9406
5538093       +Bill Tysman,  17114 Robbins Rd.,  Grand Haven MI 49417-2785
5538081       +Brian K. Lawson, Esq.,  161 Ottawa NW,  Suite 600,  Grand Rapids MI 49503-2766
5538075       +Central Professional Credit Sv,  801 Sunnyside Dr.,  Cadillac MI 49601-9201
5538076       +Charter Communications,  135 South LaSalle Street,  Dept. 8029,  Chicago IL 60674-0001
5538077       +Delnor Community Hospital,  300 Randall Road,  Geneva IL 60134-4202
5538094       +Denise VanNaarden,  c/o 16th Circuit Ct,  Kane County,  100 South Third Street,
               Geneva IL 60134-2767
5538078       +Emergency Health Partners,  1500 E. Sherman,  Muskegon MI 49444-1849
5538080        Internal Revenue Service,  Special Procedures Branch,  PO Box 330500,  Detroit MI 48232-6500
5538069       +Jeffrey Anderson,  c/o 16th Circuit Ct,  Kane County,  100 South Third Street,
               Geneva IL 60134-2767
5538083       +NCO Financial Systems Inc,  507 Prudential Road,  Horsham PA 19044-2368
5538084       +North Ottawa Comm. Hospital,  1309 Sheldon Road,  Grand Haven MI 49417-2488
5538086       +River Haven Village,  14546 Mercury,  Grand Haven MI 49417-8741
5538085       +Ross B. Reuterdahl, Esq.,  250 Washington,  Grand Haven MI 49417-1387
5538087       +SBC Ameritech,  c/o Roger G. Cotner,  Cotner Law Office,  220 Franklin Avenue,  P.O. Box 838,
               Grand Haven, MI 49417-0838
5538088       +Sherman Hospital,  934 Center Street,  Elgin IL 60120-2198
5538089        Sprint,  PO Box 530503,  Atlanta GA 30353-0503
5538090       +Sprint PCS,  c/o Roger G. Cotner,  Cotner Law Office,  220 Franklin Avenue,  P.O. Box 838,
               Grand Haven, MI 49417-0838
5538092       +State of Michigan,  Treasury Building,  Lansing MI 48922-0001
5538091       +State of Michigan,  Office of Child Support,  PO Box 30478,  Lansing MI 48909-7978
5538095       +Webslingers Web Development,  1515 Galloway St.,  Columbia TN 38401-4011
5538096       +West Asset Management,  Attn: Bankruptcy,  PO Box 105478,  Atlanta GA 30348-5478
```

The following entities were noticed by electronic transmission on May 13, 2010.
```
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Daniel J. Casamatta,
               Assistant U.S. Trustee,  Office of the U.S. Trustee,  The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,  Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Daniel M. McDermott,
               Office of the United States Trustee,  Michigan/Ohio Region 9,  The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,  Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         David W. Asbach,
               Office of the US Trustee,  The Ledyard Building, 2nd Floor,  125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Dean E. Rietberg,
               Trial Attorney,  Office of the US Trustee,  The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,  Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Habbo G. Fokkena,
               Office of the United States Trustee,  Michigan/Ohio Region 9,  The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,  Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Matthew T. Cronin,
               Office of the US Trustee,  The Ledyard Building, 2nd Floor,  125 Ottawa NW, Suite 200R,
               Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Michael V. Maggio,
               Trial Attorney,  Office of the US Trustee,  The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,  Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Michelle M. Wilson,
               Trial Attorney,  Office of the US Trustee,  The Ledyard Building, 2nd Floor,
               125 Ottawa NW, Suite 200R,  Grand Rapids, MI 49503-2837
ust           +E-mail/Text: ustpregion09.gr.ecf@usdoj.gov                         Office of the U.S. Trustee,
               The Ledyard Building, 2nd Floor,  125 Ottawa NW, Suite 200R,  Grand Rapids, MI 49503-2837
5538067       +E-mail/PDF: recoverybankruptcy@afninet.com May 14 2010 00:19:29    Afni, Inc.,
               Attn: DP Recovery Support,  PO Box 3427,  Bloomington IL 61702-3427
5538070       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                        Asset Acceptance LLC,
               PO Box 2036,  Warren MI 48090-2036
5538074        E-mail/Text: rward@cadillac-ar.com                        Cadillac Accts Rec Mgt.,
               801 Sunnydale Drive,  PO Box 358,  Cadillac MI 49601-0358
5538079       +E-mail/Text: OPERATIONS@WMBILLING.COM                        Envision Radiology,  PO Box 186,
               Grand Rapids MI 49501-0186
5538082       +E-mail/Text: BK@nationalcreditsolutions.net                        National Credit Solutions,
               PO Box 15779,  Oklahoma City OK 73155-5779
                                                                                           TOTAL: 14

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0646-1        User: howep         Page 2 of 2            Date Rcvd: May 13, 2010
Case: 09-09496              Form ID: closbkn    Total Noticed: 43
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 15, 2010**                    **Signature:**     _Joseph Speetjens_